UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Jane Doe,

    Plaintiff,                                        CASE NO.: 0:23-cv-60966-KMW

vs.

Jazwares, LLC.,

    Defendant.
_____/

## NOTICE OF FILING AMENDED COMPLAINT

Defendant, hereby files the State Court Amended Complaint, attached as Exhibit "A" to supplement Defendant's Notice of Removal Exhibit 1 (ECF Dkt. 1).

**DATED**: May 24, 2023.

Respectfully Submitted,

**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Ft. Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282

BY: */s/ Jonathan A. Beckerman*
Jonathan A. Beckerman, Esq. (FBN 568252)
E-mail: Jonathan.Beckerman@lewisbrisbois.com
Nicole Vescova, Esq. (FBN 1041288)
E-mail: Nicole.Vescova@lewisbrisbois.com

*Counsel for Defendant.*

95350651.1