UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 1:23-CV-60966-KMW

JANE DOE,

   Plaintiff,

vs.

JAZWARES, LLC,

   Defendant
_____/

**Plaintiff's Second Unopposed Motion for Leave to File Under Seal**

Pursuant to Local Rule 5.4 and the parties Confidentiality Agreement and Stipulation, plaintiff, Jane Doe, moves for leave to file under seal Exhibit A to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel re: After-Acquired Discovery [DE 44-1] that contains a document defendant, Jazwares, LLC, has labeled "confidential".

Pursuant to the parties confidentiality agreement and stipulation, a party may not publicly file documents another party labeled "confidential".  Accordingly, plaintiff moves for leave to file under seal a one page document regarding signatory approvals labeled by defendant, Jazwares, LLC. as "confidential".

**Local Rule 7.1 Conferral**.  Plaintiff has conferred with defendant in a good faith effort to resolve the issues raised in the motion and defendant does not object to the requested relief.

Respectfully submitted,

THE AMLONG FIRM
Attorney for Plaintiff
500 Northeast Fourth Street
Suite 101
Fort Lauderdale, Florida 33301-1154
(954) 462-1983

*/s/Rani Nair Bolen*
KAREN COOLMAN AMLONG
Florida Bar No: 275565
kamlong@theamlongfirm.com
WILLIAM R. AMLONG
Florida Bar No: 470228
wramlong@theamlongfirm.com
RANI NAIR BOLEN
Florida Bar No: 29293
rbolen@theamlongfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by  CM/ECF   this 8th  day of January, 2024 on all counsel or parties of record on the Service List below.

*/s/Rani Nair Bolen*
RANI NAIR BOLEN

**Service List**

| | |
|---|---|
| KAREN COOLMAN AMLONG | JONATHAN A. BECKERMAN |
| Florida Bar No. 275565 | Florida Bar No. 568252 |
| Kamlong@TheAmlongFirm.com | Jonathan.Beckerman@lewisbrisbois.com |
| WILLIAM R. AMLONG | NICOLE VESCOVA |
| Florida Bar No. 470228 | Florida Bar No. 1041288 |
| WRAmlong@TheAmlongFirm.com | nicole.vescova@lewisbrisbois.com |
| RANI NAIR BOLEN | LEWIS BRISBOIS BISGAARD& SMITH, LLP |
| Florida Bar No. 29293 | 110 SE 6th Street, Suite 2600 |
| Rbolen@TheAmlongFirm.com | Fort Lauderdale, FL 33134 |
| THE AMLONG FIRM | (954) 728-1280 |
| 500 Northeast Fourth Street | Attorneys for Defendant |
| Suite 101 | |
| Fort Lauderdale, Florida 33301-1154 | |
| (954) 462-1983 | |
| Attorneys for Plaintiff | |